OPINION — AG — A BANK TRUSTEE CANNOT INVEST THE TRUST FUNDS IT MANAGES IN THE BANK'S OWN CERTIFICATES OF DEPOSIT WHERE THE SETTLOR SO SPECIFIES IN THE TRUST AGREEMENT. CITE: 60 O.S. 1971 175.9 [60-175.9], 60 O.S. 1971 175.10 [60-175.10] 60 O.S. 1971 175.21 [60-175.21], 60 O.S. 1971 175.22 [60-175.22], 60 O.S. 1971 175.11 [60-175.11] [60-175.11], OPINION NO. 68-113 (WILLIAM DON KISER)